**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7498**

_____

STEVEN E. TARPLEY,

Plaintiff - Appellant,

v.

J. MICHAEL STOUFFER, Commissioner; DAVID BARTHALOW; FREDERICK J.
NASTRI; ALBERT EARL DAVIS; JON GALLEY; BOBBY SHEARIN; FRANK
BISHOP, JR.; DONALD CROWE; DOUGLAS DEVORE; TINNELE WINTERS;
ROBERT M. FRIEND; KETTERMAN, Lt.; O. W. CREEK; W. D. SLATE;
ROBERT HUFF; B. A. WILT; JOHN DOE, Sgt., H.U.-4; M. B. GARRISON;
S. WINEBRENNER; JEFFREY SHIMKO; JEREMY LINABURG; R. GOVER; R.
GRAHAM; O. K. BERRY; JAMES BEEMAN; R. SHIELDS; R. GOSS; MILANEY
LILLER; CHARLENE HETTY TRENUM; BARBARA NEWLON; ISAIS TESSEMA;
KATHLEEN GREENE, Warden; BRUCE BOZMAN; LT. GALLIGHER, Lt.;
MAYCOCK, Maj.; TYLER, Capt., Mailroom Supervisor; PERSINGER;
SCOTT S. OAKLEY, Mr. - Executive Director,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, District Judge.
(1:10-cv-02140-BEL)

_____

Submitted:  June 21, 2012        Decided:  June 25, 2012

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven E. Tarpley, Appellant Pro Se.   Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven E. Tarpley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tarpley v. Stouffer, No. 1:10-cv-02140-BEL (D. Md. Oct. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED